
AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C. | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. Trustee | Trustee Account #1 |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 15 P 12: 31 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Conner_Christopher_C

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Widener University (part time law professor) |
| 2. | 2008 | Commonwealth of Pennsylvania |
| 3. | 2008 | The Pennsylvania State University |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Drew Anthon | Five (5) tickets to NBA basketball game | $750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | J | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 3. Pennsylvania State Employees Credit Union | A | Interest | J | T | | | | | |
| 4. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 5. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #7 (closed in 2008) | | | | | | | | | |
| 7. - ML Bank money market account | A | Interest | | | Closed | 12/19 | J | | |
| 8. BROKERAGE ACCOUNT #8 (closed in 2008) | | | | | | | | | |
| 9. - ML Bank money market account | A | Interest | | | Closed | 12/19 | J | | |
| 10. BROKERAGE ACCOUNT #9 (closed in 2008) | | | | | | | | | |
| 11. - ML Bank money market account | A | Interest | | | Closed | 12/19 | J | | |
| 12. BROKERAGE ACCOUNT #10 (closed in 2008) | | | | | | | | | |
| 13. - ML Bank money market account | A | Interest | | | Closed | 12/19 | J | | |
| 14. Conseco Life Insurance Co. - flexible premium life ins pol | B | Interest | J | T | | | | | |
| 15. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 16. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 17. - FA 529 Diversified International Portfolio | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher-C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - FA 529 Mid Cap Portfolio | | None | J | T | | | | | |
| 19.  - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 20.  FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 21.  - FA 529 Diversified International Portfolio | | None | K | T | | | | | |
| 22.  - FA 529 Mid Cap Portfolio | | None | J | T | | | | | |
| 23.  - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 24.  MERRILL LYNCH IRRA #1 | | | | | | | | | |
| 25.  - ML Bank money market account | A | Dividend | J | T | | | | | |
| 26.  - Henderson International Opportunities Fund Class A | | None | | | | | | | |
| 27. | | | | | Sold (part) | 01/31 | K | D | |
| 28. | | | | | Sold (part) | 07/01 | K | C | |
| 29. | | | | | Sold | 10/06 | L | | |
| 30.  - Henderson European Focus Fund A | | None | | | | | | | |
| 31. | | | | | Buy (add'l) | 01/10 | J | | |
| 32. | | | | | Sold (part) | 01/23 | L | | |
| 33. | | | | | Sold | 10/06 | L | | |
| 34.  - Henderson Global Equity Income Fund Class A | D | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher .C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 01/31 | K | | |
| 36. | | | | | Sold | 06/25 | M | | |
| 37.   - Van Kampen Dynamic Credit Opportunities Fund | | None | | | | | | | |
| 38. | | | | | Sold | 01/10 | K | | |
| 39.   - Fulton Financial Corp. common stock | A | Dividend | | | Buy | 01/23 | K | | |
| 40. | | | | | Sold | 03/14 | K | B | |
| 41. | | | | | Buy | 04/15 | K | | |
| 42. | | | | | Sold | 04/24 | K | B | |
| 43. | | | | | Buy | 06/04 | K | | |
| 44. | | | | | Sold | 08/11 | K | | |
| 45. | | | | | Buy | 09/12 | K | | |
| 46. | | | | | Sold | 09/17 | K | A | |
| 47.   - VCG Holding Corp common stock | | None | | | Buy | 01/23 | L | | |
| 48. | | | | | Sold | 01/29 | L | | |
| 49. | | | | | Buy (add'l) | 01/31 | L | | |
| 50. | | | | | Buy (add'l) | 02/21 | K | | |
| 51. | | | | | Sold | 03/31 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - DirectTV Group Inc common stock | | None | | | Buy | 01/31 | K | | |
| 53. | | | | | Sold | 02/19 | L | D | |
| 54. | | | | | Buy | 04/03 | K | | |
| 55. | | | | | Sold | 05/07 | K | A | |
| 56.  - Ishares MSCI South Africa exchange traded funds | | None | | | Buy | 01/31 | K | | |
| 57. | | | | | Sold | 02/20 | K | A | |
| 58.  - Medtronic Inc common stock | A | Dividend | | | Buy | 02/21 | K | | |
| 59. | | | | | Sold | 04/02 | K | A | |
| 60.  - M&T Bank Corp common stock | A | Dividend | J | T | Buy | 03/18 | K | | |
| 61. | | | | | Sold | 03/20 | K | B | |
| 62. | | | | | Buy | 04/01 | K | | |
| 63. | | | | | Sold | 04/17 | K | C | |
| 64. | | | | | Buy | 06/12 | K | | |
| 65. | | | | | Sold | 08/11 | K | | |
| 66. | | | | | Buy | 11/11 | J | | |
| 67.  - MGM Mirage Inc common stock | | None | | | Buy | 03/20 | K | | |
| 68. | | | | | Sold | 03/24 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Yamana Gold Inc common stock | A | Dividend | | | Buy | 03/20 | K | | |
| 70. | | | | | Sold | 05/16 | J | | |
| 71. - Streettracks Gold Trust | | None | | | Buy | 03/24 | K | | |
| 72. | | | | | Sold | 04/16 | K | A | |
| 73. - McDonalds Corp common stock | | None | | | Buy | 04/07 | K | | |
| 74. | | | | | Sold | 04/28 | K | B | |
| 75. - Sasol Ltd sponsored ADR | | None | | | Buy | 04/18 | K | | |
| 76. | | | | | Sold | 05/06 | K | C | |
| 77. - Texas Instuments common stock | A | Dividend | | | Buy | 04/25 | K | | |
| 78. | | | | | Sold | 05/15 | K | B | |
| 79. - Western Union Company common stock | | None | | | Buy | 04/24 | K | | |
| 80. | | | | | Sold | 05/21 | K | B | |
| 81. - ConocoPhillips common stock | A | Dividend | J | T | Buy | 05/21 | K | | |
| 82. | | | | | Sold | 06/09 | K | A | |
| 83. | | | | | Buy | 08/11 | K | | |
| 84. - Deere Company common stock | A | Dividend | | | Buy | 05/15 | K | | |
| 85. - Northrop Grumman Corp common stock | A | Dividend | | | Buy | 04/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 06/04 | K | | |
| 87. - Proctor & Gamble Company common stock | | None | | | Buy | 05/02 | J | | |
| 88. | | | | | Buy (add'l) | 05/06 | K | | |
| 89. | | | | | Sold | 06/12 | K | | |
| 90. - Southern Copper Corp common stock | A | Dividend | J | T | Buy | 05/07 | K | | |
| 91. - Weingarten Realty Investors SBI | A | Dividend | | | Buy | 05/16 | J | | |
| 92. | | | | | Sold | 08/28 | J | | |
| 93. - Lord Abbett Value Opportunities Fund Class A | A | Dividend | M | T | Buy | 06/27 | M | | |
| 94. - American Water Works Company Inc. common stock | | None | | | Buy | 06/09 | K | | |
| 95. | | | | | Sold | 07/01 | K | A | |
| 96. - Lord Abbett Bond Debenture Fund Class A | A | Dividend | | | Buy | 07/01 | K | | |
| 97. | | | | | Sold | 08/27 | K | | |
| 98. - Marathon Oil Corporation common stock | A | Dividend | J | T | Buy | 08/11 | K | | |
| 99. - Murphy Oil Corporation common stock | A | Dividend | J | T | Buy | 08/11 | K | | |
| 100. - Consolidated Energy Inc common stock | A | Dividend | J | T | Buy | 08/27 | K | | |
| 101. - Pepsico Inc common stock | A | Dividend | | | Buy | 08/27 | K | | |
| 102. | | | | | Sold | 09/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Rackspace Hosting Inc common stock | | None | | | Buy | 08/28 | J | | |
| 104. | | | | | Sold | 09/12 | J | | |
| 105. - Tyco Electronics Ltd common stock | A | Dividend | K | T | Buy | 09/17 | K | | |
| 106. | | | | | Buy (add'l) | 12/10 | J | | |
| 107. - Harsco Corporation common stock | | None | K | T | Buy | 10/09 | K | | |
| 108. - Tyco International Ltd common stock | | None | K | T | Buy | 11/19 | K | | |
| 109. - SPDR Gold Trust exchange traded funds | | None | K | T | Buy | 11/06 | K | | |
| 110. - Coca Cola Company common stock | A | Dividend | | | Buy | 11/25 | J | | |
| 111. | | | | | Sold | 12/10 | J | A | |
| 112. - Fidelity Advisors Inflation Protected Bond Class 1 | A | Dividend | K | T | Buy | 12/22 | K | | |
| 113. MERRILL LYNCH IRRA #2 | A | Dividend | J | T | | | | | |
| 114. - Ivy Global Natural Resources Fund, Class B | | | | | | | | | |
| 115. - Henderson International Opportunities Fund Class B | | | | | | | | | |
| 116. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 117. - ML Bank USA money market account | A | Interest | J | T | | | | | |
| 118. - Henderson International Opportunities Fund Class A | | None | | | | | | | |
| 119. | | | | | Sold (part) | 08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/17 | J | | |
| 121. | | | | | Sold | 11/25 | J | | |
| 122. - Henderson European Focus Fund A | A | Dividend | J | T | | | | | |
| 123. | | | | | Sold (part) | 08/12 | J | | |
| 124. | | | | | Sold (part) | 09/17 | J | | |
| 125. - Henderson Global Equity Fund Class A | B | Dividend | J | T | | | | | |
| 126. | | | | | Sold (part) | 02/28 | J | | |
| 127. | | | | | Sold (part) | 04/14 | J | | |
| 128. | | | | | Sold (part) | 05/21 | J | | |
| 129. | | | | | Sold (part) | 07/14 | K | | |
| 130. | | | | | Sold (part) | 09/17 | J | | |
| 131. - Wachovia Corporation common stock | A | Dividend | | | Buy | 02/04 | J | | |
| 132. | | | | | Sold | 09/16 | J | | |
| 133. - FT Global Agricultural Portfolio Series 5 | A | Dividend | | | Buy | 09/17 | J | | |
| 134. | | | | | Sold | 11/17 | J | | |
| 135. TRUSTEE ACCOUNT #1 | | | | | | | | | |
| 136. - ML Bank money market account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Claym Secs 423 Multiple Asset Portfolio | D | Dividend | | | | | | | |
| 138. | | | | | Matured (part) | 01/25 | J | | |
| 139. | | | | | Matured (part) | 07/25 | J | | |
| 140. | | | | | Matured | 10/20 | L | | |
| 141.  - Van Kampen Unit Trust 677 EAFE Select 20 Portfolio 2007 | B | Dividend | | | | | | | |
| 142. | | | | | Matured (part) | 07/25 | J | | |
| 143. | | | | | Sold | 09/19 | K | | |
| 144.  - Van Kampen Unit Trust 683 CSD ED Strat Cohen & Steers Mst | D | Dividend | L | T | | | | | |
| 145. | | | | | Matured (part) | 01/10 | J | | |
| 146. | | | | | Matured (part) | 10/27 | J | | |
| 147.  - Lord Abbett Bond Debenture Fund Class A | D | Dividend | M | T | | | | | |
| 148. | | | | | Sold (part) | 09/23 | J | | |
| 149.  - FT 1790 Target Focus 4 fund | A | Dividend | K | T | Buy | 09/25 | K | | |
| 150.  - Certificate of deposit, Goldman Sachs Bank USA | | None | K | T | Buy | 10/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 6, Brokerage Account #7; This was a custodial account for which the filer was not the custodian. This account was closed in 2008.

Part VII, Line 8, Brokerage Account #8; This was a custodial account for which the filer was not the custodian. This account was closed in 2008.

Part VII, Line 10, Brokerage Account #9; This was a custodial account for which the filer was not the custodian. This account was closed in 2008.

Part VII, Line 12, Brokerage Account #10; This was a custodial account for which the filer was not the custodian. This account was closed in 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544